[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-12297
Non-Argument Calendar

_____

D.C. Docket No. 3:17-cr-00003-CAR-CHW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES JONES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(February 20, 2020)

Before WILSON, GRANT and LUCK, Circuit Judges.

PER CURIAM:

C. Brian Jarrard, appointed counsel for Charles Jones in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's conviction and sentence are **AFFIRMED**.